Edmiers' Motor Service, Inc., Appellee, v. Walter J. Cummings, Receiver, etc., et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,010.

opinion filed September 11, 1944. Frank L. Kriete and Arthur J. Donovan, of Chicago, for appellants; William J. Flaherty, of Chicago, of counsel; Kamin, Gleason & Kamin, of Chicago, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.